428 A.2d 272

Commonwealth v. Roach, Appellant.

 Submitted December 8, 1978. Robert R. Redmond, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN JJ.

Order affirmed.